UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY VALENZUELA,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>STATE OF CALIFORNIA,<br><br>　　　　　Respondent. | Case No. 2:19-cv-02764-CJC-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the relevant records on file, Respondent's Motion to Dismiss ("MTD"), and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT IS THEREFORE ORDERED that the MTD be GRANTED, the Petition be DENIED and that Judgment be entered DISMISSING this action with prejudice.

Dated: February 25, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge