JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY VALENZUELA,<br><br>              Petitioner,<br><br>        v.<br><br>STATE OF CALIFORNIA,<br><br>              Respondent. | Case No. 2:19-cv-02764-CJC-SHK<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: February 25, 2020

HONORABLE CORMAC J. CARNEY
United States District Judge